UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Bruce Van Alstyne, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil No.  H-11-4601 |
| | § | |
| Asset Acceptance, LLC, | § | |
| | § | |
| Defendants. | § | |

ORDER

Pursuant to the Notice of Dismissal Without Prejudice filed on January 30, 2012, the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The Clerk shall send a true copy to all counsel of record.

Signed this __31__ day of January, 2012.


_____
DAVID HITTNER
United States District Judge